# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID DICKENS | § | |
| | § | |
| v. | § | CASE NO. 4:17cv642 |
| | § | (Judge Mazzant) |
| J.G. WENTWORTH HOME | § | |
| LENDING, LLC | § | |

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C. Section 636(c) and the foregoing consent of the parties.

**IT IS SO ORDERED.**
**SIGNED this 13th day of February, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE