# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| DAVID DICKENS, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CASE NO. 4:17-CV-642 |
| | § | JUDGE MAZZANT/JUDGE JOHNSON |
| | § | |
| J.G. WENTWORTH HOME LENDING, LLC, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On September 12, 2018, the report of the Magistrate Judge was entered (Dkt. #106) containing proposed findings of fact and recommendations that the Stipulation of Voluntary Dismissal of Claims of Opt-In Plaintiffs YaTonshia Barnes, James Byers, Steven Carden, Hussein Dabaja, Patrick Guilliams, Jason Haynes, Jason Jones, Nicolas Levy, Edward Martin, Shaunelle Rawlins, Matthew Schulman, and Jay Thompson (the "Stipulation of Dismissal") (Dkt. #105) should be granted. *See* Dkt. #106. Additionally, the report recommended the parties bear in full their own costs, expenses, and attorneys' fees incurred in connection with these opt-in Plaintiffs' dismissals. *See* Dkt. #106 at 2.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the

Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Stipulation of Dismissal (Dkt. #105) is **GRANTED**, and all of the claims asserted by YaTonshia Barnes, James Byers, Steven Carden, Hussein Dabaja, Patrick Guilliams, Jason Haynes, Jason Jones, Nicolas Levy, Edward Martin, Shaunelle Rawlins, Matthew Schulman, and Jay Thompson against Defendant J.G. Wentworth Home Lending, LLC are **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs incurred in connection with dismissal of these opt-in Plaintiffs.

**IT IS SO ORDERED**.

SIGNED this 5th day of December, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE