# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **David Dickens**, individually and on behalf of all those similarly situated<br>　　　　Plaintiff, | §<br>§<br>§<br>§<br>§ | <br><br><br><br>CA No: 4:17-cv-642-ALM-KPJ |
| v. | § | |
| **J. G. Wentworth Home Lending LLC**,<br>　　　　Defendant | §<br>§<br>§<br>§<br>§ | <br>Jury Demanded |

### STATUS REPORT ON SETTLEMENT

Today, February 15, 2019, David Dickens on behalf of all plaintiffs (collectively "**Plaintiffs**") and a representative of J. G. Wentworth Home Lending LLC ("**Defendant**") signed a confidential settlement agreement (the "**Settlement Agreement**"). Pursuant to the terms of the Settlement Agreement each opt-in plaintiff will execute a notice regarding the settlement and waiver/release of his/her claims (the "**Notice**"). As soon as each of the Notices are received from each of the opt-in plaintiffs the settlement documents will be filed with the Court for approval. Plaintiffs expect this to occur within 14 days.

Accordingly, pursuant to the Court's Order dated January 15, 2019 (Dkt. 117) the parties request an additional 14 days to submit the settlement for approval.

Respectfully submitted:

        **THE LAW OFFICE OF CHRIS R. MILTENBERGER, PLLC**

        By: /s/ Chris R. Miltenberger
        Chris R. Miltenberger
        The Law Office of Chris R. Miltenberger
        1360 N. White Chapel Blvd., Suite 200
        Southlake, TX 76092
        Tel. (817) 416-5060 / Fax (817) 416-5062
        chris@crmlawpractice.com

        Jack Lewis Siegel
        Siegel Law Group PLLC
        1044 N. Central Expy., Suite 1040
        Dallas, TX 75231
        Tel. (214) 706-0834 / Fax (469) 339-0204
        Jack@siegellawgroup.biz

        *Attorneys for Plaintiff David Dickens and All Opt-in Plaintiffs*

        **FOX ROTHSCHILD LLP**

        By: /s/ Colin D. Dougherty
        Colin D. Dougherty
        Jonathan D. Christman
        Fox Rothschild LLP
        10 Sentry Parkway, Suite 200
        Blue Bell, PA 19422-3001
        Tel. (610) 397-6500 / Fax (610) 397-0450
        cdougherty@foxrothschild.com
        jchristman@foxrothschild.com

        David Grant Crooks
        Fox Rothschild LLP
        Texas State Bar No. 24028168
        Two Lincoln Centre
        5420 LBJ Freeway, Suite 1200
        Dallas, TX  75240
        Tel. (972) 991-0889 / Fax (972) 404-0516
        dcrooks@foxrothschild.com

Brian A. Berkley
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA  19103-3222
Tel. (215) 299-2000 / Fax (215) 299-2150
bberkley@foxrothschild.com

*Attorneys for Defendant J.G. Wentworth Home Lending, LLC*

### Certificate of Service

The undersigned certifies that the foregoing document was filed electronically through the Court's CM/ECF system in compliance with the Local Rules.

By: */s/ Chris R. Miltenberger*
  Chris R. Miltenberger